

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ARACELI GARDEA, | § | No. 08-23-00214-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 5 |
| JOSE GARDEA, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2023DCM1824) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellant to pay all costs of this appeal and that this decision be certified below for observance.

IT IS SO ORDERED THIS 11TH DAY OF JANUARY 2024.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Palafox, and Soto, JJ.